| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>GUCOVSCHI LAW FIRM, PLLC.<br>Adrian Gucovschi (SBN 360988)<br>140 Broadway, Fl. 46<br>New York, NY 10005<br>Telephone: (212) 884-4230<br>E-Mail: adrian@gucovschilaw.com<br>ATTORNEY(S) FOR: Plaintiff | **CLEAR FORM** |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY KHINOO, individually and on behalf of all others similarly situated<br><br>Plaintiff(s),<br>v.<br>REALPLAY TECH, INC.<br><br>Defendant(s) | CASE NUMBER:<br>2:26-cv-00959<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _JEREMY KHINOO_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| REALPLAY TECH, INC. | Defendant |

| | |
|---|---|
| January 30, 2026 | /s/ Adrian Gucovschi |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff, JEREMY KHINOO