C. Sean Patterson
Daniel D. Wall
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, California 94105-1127
Telephone:  +1 415 957 3000
Fax:   +1 415 957 3001
CSPatterson@duanemorris.com
DWall@duanemorris.com

Attorneys for Defendant
REALPLAY TECH INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY KHINOO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REALPLAY TECH INC.,<br><br>Defendant. | Case No. 2:26-cv-00959<br><br>**STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>Complaint Served: February 5, 2026<br>Current Response Date:<br>March 30, 2026 |

Plaintiff Jeremy Khinoo ("Plaintiff") and Defendant RealPlay Tech, Inc. ("Defendant") hereby stipulate, by and through their counsel of record, as follows:

1.     This Stipulation is entered into following a conference between the parties on March 24, 2026, conducted by video conference. The following counsel were in attendance: Sean Patterson and Daniel D. Wall for Defendant, and Adrian Gucovschi and Frank Hedin for Plaintiff.

2.     Defendant's responsive pleading in this putative class action is currently due March 30, 2026, pursuant to a prior agreement of counsel for the parties.

STIPULATION TO EXTEND TIME

3. The parties discussed Defendant's position that the dispute was subject to arbitration and class action waiver provisions incorporated within the Terms of Use in effect during the relevant time period.

4. Defendant informed Plaintiff that it intends to file a motion to compel arbitration, which Defendant believes may be dispositive of all of Plaintiff's claims.

5. Defendant further informed Plaintiff that it anticipates challenging personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2).

6. The parties discussed and agreed that it would conserve the efforts and resources of the Court and the parties to determine and resolve the threshold issues of whether the matter was subject to arbitration prior to turning to the adjudication of the substantive arguments of the parties concerning whether the Court possessed general or specific jurisdiction over the Defendant and the viability of the Plaintiff's claims as pleaded.

7. Accordingly, the parties stipulate and agree, and respectfully request that the Court so order:

     a. Defendant's deadline to answer or otherwise respond to the Complaint, currently set for March 30, 2026, is to be vacated.

     b. Defendant shall file its answer or motion to compel arbitration on or before April 14, 2026;

     c. That if Defendant's Motion to compel arbitration is DENIED by this Court, then Defendant shall answer or otherwise respond to Plaintiff's Complaint within thirty (30) days from the date of the Court's Order denying Defendant's motion to compel arbitration.

8. This stipulation is made in good faith.

By entering this Stipulation, Defendant does not submit to the jurisdiction of the Court and specifically reserves the right to move to dismiss the matter for lack of jurisdiction. Defendant further reserves all other Rule 12(b) motions and

2:26-CV-00959

STIPULATION TO EXTEND TIME

defenses at this time and does not waive same under Rule 12(b), Rule 12(g)(2) or otherwise.

Dated:  March 30, 2026

**DUANE MORRIS LLP**

By:  */s/ Daniel D. Wall*
        Sean Patterson
        Daniel D. Wall

*Attorneys for Defendant*
REALPLAY TECH INC.


Dated: March 30, 2026

**GUCOVSCHI LAW FIRM, PLLC.**

By:  */s/ Adrian Gucovschi*
        Adrian Gucovschi (SBN 360988)
        140 Broadway, Fl. 46
        New York, NY 10005
        Telephone: (212) 884-4230
        Facsimile: (212) 884-4230
        E-Mail: adrian@gucovschilaw.com

        -and-

Dated: March 30, 2026

**HEDIN LLP**

By:  */s/ Frank S. Hein*
        Frank S. Hedin (SBN 291289)
        1395 Brickell Ave., Suite 610
        Miami, Florida 33131-3302
        Telephone: (305) 357-2107
        Facsimile: (305) 200-8801
        E-Mail: fhedin@hedinllp.com

*Attorneys for Plaintiff*
JEREMY KHINOO

STIPULATION TO EXTEND TIME

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Daniel D. Wall, hereby attest that I have obtained the concurrence in the filing of this document from the signatory to this document.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Dated:  March 30, 2026

/s/ Daniel D. Wall
Daniel D. Wall

4

STIPULATION TO EXTEND TIME

2:26-CV-00959

## CERTIFICATE OF SERVICE

*Khinoo v. RealPlay Tech Inc.*
U.S.D.C., Central Dist. of California, Case No. 2:26-cv-00959

I am a citizen of the United States, over the age of 18 years, and not a party interested in the cause. I am an employee of Duane Morris LLP and my business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105. I am readily familiar with this firm's practices for collecting and processing correspondence for mailing with the United States Postal Service and for transmitting documents by FedEx, fax, email, messenger and other modes. On the date set forth below, I served the following documents:

### STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

☒ **BY ELECTRONIC SERVICE TO THE CM/ECF SYSTEM**: In accordance with Federal Rules of Civil Procedure, I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error.

Frank S. Hedin                                Attorneys for Plaintiff
HEDIN LLP                                     JEREMY KHINOO
1395 Brickell Avenue, Suite 610
Miami, Florida 33131-3302
Telephone: +1 305 357 2107
Fax: (305) 200-8801
Email: fhedin@hedinllp.com

Adrian Gucovschi
GUCOVSCHI LAW FIRM, PLLC
140 Broadway, 46th Floor
New York, New York 10005
Telephone: +1 212 884 4230
Email: adrian@gucovschilaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 30, 2026, at San Francisco, California.

_____
JoAnna Soliman