**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMY KHINOO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REALPLAY TECH INC.,<br><br>Defendant. | Case No. 2:26-cv-00959 JFW(PVCx)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The Court, having considered the "STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT" ("Joint Stipulation") and finding good cause, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. Defendant's deadline to answer or otherwise respond to the Complaint, currently set for March 30, 2026, is VACATED.

2. Defendant shall file its answer or motion to compel arbitration on or before April 14, 2026.

3. In the event Defendant's Motion to Compel Arbitration is denied, Defendant shall file an answer or otherwise respond to Plaintiff's Complaint within thirty (30) days of the Court's order denying Defendant's motion to compel arbitration.

By entering into the stipulation underlying this Order, Defendant does not submit to the jurisdiction of this Court and expressly reserves the right to move to dismiss this action for lack of jurisdiction. Defendant further reserves all rights to assert any and all defenses and motions under Federal Rule of Civil Procedure 12(b), including but not limited to Rules 12(b)(2) and 12(g)(2), and any other applicable defenses. Nothing in this Order shall be deemed a waiver of any such defenses or motions.

**IT IS SO ORDERED.**

Dated:  March 31, 2026

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE