C. Sean Patterson
Daniel D. Wall
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, California 94105-1127
Telephone:  +1 415 957 3000
Fax:   +1 415 957 3001
CSPatterson@duanemorris.com
DWall@duanemorris.com

Attorneys for Defendant
REALPLAY TECH INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY KHINOO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REALPLAY TECH INC.,<br><br>Defendant. | Case No. 2:26-cv-00959-JFW (PVCx)<br><br>**DEFENDANT REALPLAY TECH INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**<br><br>Date:   May 18, 2026<br>Time:   1:30 p.m.<br>Dept.:   Courtroom 7A, 7th Floor<br>Judge:   Honorable John F. Walter<br><br>Action Filed:   January 30, 2026 |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on May 18, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 7A of the United States District Court for the Central District of California, located at 350 W. 1st St, Los Angeles, CA 90012, before the Honorable John F. Walter, Defendant RealPlay Tech Inc. ("RealPlay"), will and hereby does move for an order (i) compelling Plaintiff's claims to arbitration, and (ii) staying this action pending the completion of arbitration.

This Motion is brought pursuant to the Federal Arbitration Act, 9 U.S.C. §§

1-4, on the grounds that Plaintiff entered into a binding arbitration agreement governing the claims asserted in this action. Good cause exists to compel arbitration because Plaintiff assented to the Terms of Use, which contain a valid and enforceable arbitration provision and delegation clause requiring that all disputes be resolved in individual arbitration before JAMS.

This Motion is based on this Notice, the supporting Memorandum of Points and Authorities, the supporting Declaration of Oshri Cohen and the exhibits thereto, the Proposed Order, the pleadings and other documents on file in this action, and such other arguments and evidence as may be presented to the Court.

Dated:  April 15, 2026                                    **DUANE MORRIS** LLP

By:   */s/ Daniel D. Wall*
Sean Patterson
Daniel D. Wall

Attorneys for Defendant
REALPLAY TECH INC.

2                          CAPTION 2:26-CV-00959
DEFENDANT REALPLAY TECH INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION

## CERTIFICATE OF SERVICE

*Khinoo v. Realplay Tech Inc.*
U.S.D.C., Central Dist. of California, Case No. 2:26-cv-00959-JFW (PVCx)

I am a citizen of the United States, over the age of 18 years, and not a party interested in the cause. I am an employee of Duane Morris LLP and my business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105. I am readily familiar with this firm's practices for collecting and processing correspondence for mailing with the United States Postal Service and for transmitting documents by FedEx, fax, email, messenger and other modes. On the date set forth below, I served the following documents:

- **DEFENDANT REALPLAY TECH INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**

☒ **BY ELECTRONIC SERVICE TO THE CM/ECF SYSTEM**: In accordance with Federal Rules of Civil Procedure, I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error.

Frank S. Hedin                                    Attorneys for Plaintiff
HEDIN LLP                                         JEREMY KHINOO
1395 Brickell Avenue, Suite 610
Miami, Florida 33131-3302
Telephone: +1 305 357 2107
Fax: (305) 200-8801
Email: fhedin@hedinllp.com

Adrian Gucovschi
GUCOVSCHI LAW FIRM, PLLC
140 Broadway, 46th Floor
New York, New York 10005
Telephone: +1 212 884 4230
Email: adrian@gucovschilaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 15, 2026, at San Francisco, California.

_____
JoAnna Soliman