# EXHIBIT A

## Register NOW and collect
## 100,000 Free Coins

——————————— OR ———————————

First Name

Last Name

Email

Password

By ticking the box you indicate that you have read and acknowledge Terms of Use Service Agreement & Privacy Policy.
I am at least 18 years old and not a resident of the Restricted States.

**Create Account**

Already have an account? Login