# EXHIBIT B

**TERMS AND CONDITIONS**

**Version 1.2**

Effective as of June, 2024, and supersedes and replaces all prior T&C.

***Disclosure: This Website does not offer real money gambling Services. This Website is for entertainment purposes only and no real money is required to play.***

***Also please be aware that this T&C include a mandatory arbitration provision as established in Section 3 and 29 and you have a right to opt-out by following the procedure established therein.***

1. General

The present terms and conditions ("T&C") are considered an agreement between **REALPLAY TECH INC**, a corporation duly organized under the law of Delaware, United States  ("us" or "our" or "we") and you ("you" and "yours"), and therefore are considered a legally binding contract that will govern your use and interaction with our Website , including the use of our social casino games ("Games") and related features, benefits, platforms, applications, and any services that we provide, all of which are referred to in these T&C as the ("Services"). The Website and Services are owned and/or operated by us and offered to you for your personal, non-commercial use and entertainment. The Games and the Services are not, are not intended to be, and do not involve real-money gambling. Our Games do not allow the deposit of any real money and no cash or purchase of anything is required to access the Website or play the Games. Your use of the Website and Services (including but not limited to accessing and using the Games) is subject to the following T&C (including Section 29 "Arbitration; Waiver of Class Action," as well as our Privacy Policy, Promotional Play Rules, and Responsible Social Gameplay Policy ("Integrated Policies"), (all of which are incorporated in these T&C), and all applicable laws.

2. Consent and Important provisions

By using the Website or the Games, you acknowledge that you have read, understood and consent to the present T&C and agree to abide by its terms.

Therefore, we encourage you to read these T&C carefully before using our Website, creating an account, using the Games or any of our Services.

You are not permitted to use the Website or any Service if you do not accept these T&C (including the Integrated Policies

It is important to considered that by using the Website or the Games or by creating an account, or by clicking "I accept", you also represent, warrant, and accept the following:

(i) you have the required legal capacity to be bound by the T&C;

(iii) you have read and agree with the Integrated Policies, which are expressly integrated into and are a part of these T&C;

(v) all the information you provide is accurate and reliable.

3. Arbitration, Class Action Wavier, and Dispute Resolution.

TO THE MAXIMUM EXTENT PERMITTED UNDER APPLICABLE LAW, ANY CLAIM, DISPUTE OR CONTROVERSY OF WHATEVER NATURE ("CLAIM") ARISING OUT OF OR RELATING TO THESE T&C AND/OR OUR WEBSITE OR GAME OR ANY OTHER SERVICES MUST BE RESOLVED BY FINAL AND

BINDING ARBITRATION IN ACCORDANCE WITH THE PROCESS DESCRIBED IN THE DISPUTE RESOLUTION SECTION BELOW. PLEASE READ THE DISPUTE RESOLUTION SECTION 29 CAREFULLY. IF YOU DON'T WISH TO BE SUBJECT TO ARBITRATION YOU MAY OPT-OUT FROM THE ARBITRATION BY FOLLOWING THE INSTRUCTIONS PROVIDED IN SECTION 29. TO THE MAXIMUM EXTENT PERMITTED UNDER APPLICABLE LAW, YOU ARE GIVING UP THE RIGHT TO LITIGATE (OR PARTICIPATE IN AS A PARTY OR CLASS MEMBER) ALL DISPUTES IN COURT BEFORE A JUDGE OR JURY.

4. Modification to the T&C

We reserve the right to change, revise, or otherwise modify these T&C at any time including the Integrated Policies. In that case we will post any such changes on our Website and we will notify you by email. Whether you receive or review such notifications you agree to be bound by such changes. It is your responsibility to read and review this T&C and the Integrated Policies, and you also agree that continued use of the Website and the Games means you accept and agree to be bound by the revised T&C and Integrated Policies.

In case of conflict between the T&C and the Integrated Policies, the T&C shall control.

5. Violation of the T&C

If you violate any of the T&C or if we believe that you have violated this T&C, we may terminate your account with or without notice, limit or restrict your access to the Website and Services and/or exercise any right and remedy under applicable law. Taking any action against you listed in this paragraph does not limit our ability to take any other action permitted by law or by this T&C or to pursue any other legal or equitable remedies that may be available, including without limitation damages and injunctive relief.

6. Account Eligibility

To be eligible to create and hold an account, to use our Website, and use our Games, you must:

- Be a natural person who is at least 18 years of age, or the minimum legal age required by the laws of your applicable jurisdiction at the time you access the Website and use our Games.

- Understand and accept that we cannot provide any legal advice and it is your sole responsibility to ensure that at all time you comply with the applicable regulation.

- Be the owner of the email address submitted for the creation of your account.

- Be the owner of the payment methods used on the Website.

- Have the power and ability to enter into a contract with us.

- Be a resident or physically located within a jurisdiction that does not prohibit the Website, or the Games and does not prohibit you from accessing the Website and/or using the Games.

- All information provided by you is true, complete and correct.

- At all times abide by these T&C.

7. Representations and Warranties

By agreeing to these T&C, you affirm and certify that the following statements are accurate:

- You are a natural person who is at least 18 years of age, or the minimum legal age required by the laws of the applicable jurisdiction at the time you access the Website or use our Games, and you are legally allowed to access the Website and use the Games.

- You are the sole owner of the email address provided for the creation of your account.

- You do not reside and will not access the Games or Website from the states of,Idaho, Michigan, Nevada, Washington, or any other jurisdiction that prohibits the access to the Website or Games.

- You are not using any VPN to access the Website or Games from a jurisdiction that prohibits the access to the Website or Games.

- You do not reside and will not access the Games or Website from outside the USA.

- You are accessing our Services and participating in our Games strictly in your personal capacity and for recreational and entertainment purposes only.

- You are accessing our Services and participating in our Games on your own behalf and not on the behalf of any other person and no one else has access to your account.

- You will be solely responsible for any misuse of the account.

- You are using the Website and Games only for legal purposes.

- All information that you provide to us during the term of validity of these T&C is true, complete and correct, and you will immediately notify us of any change to such information in writing.

- You will not purchase Gold Coins from a business or corporate account, but only a personal account in your own personal name.

- You are not, will not, and have no intention to be involved in any fraudulent or unlawful activity in relation to your or another person's participation in any of the Games and you will not use any electronic-assisted methods or techniques (including but not limited to bots) or hardware devices for your participation in any of the Games.

- You are only making Gold Coins purchases from an authorized payment method that lawfully belongs to you.

- You will not sell, trade, or exchange for value (or attempt to do so) your account, GC / SC coins, or any other merchandise, prize, or other thing of value that may be provided to you by us.

- You will hold only one account on the Website.

8. User Account

a) Registration. To register for an account, you must provide a valid email address that you own. You will use your email to access the Games. Please ensure that you secure and retain control of your mobile device, as you are responsible for all activity associated with your account, including any purchase (whether or not authorized by you). We reserve the right, in our sole discretion, with or without notice, to reject, change, suspend, modify, or terminate your account and/or block the email address associated with your account.

b) Closing your account. You may close your account at any time by contacting **support@realprize.com** Closing your account will result in the forfeiture of any existing balance or prize in your account at the time of closure. By closing your account, you will lose the ability to log into the closed account.

9. Use of the Account.

You are the holder of the account and are the sole person responsible for complying with these T&C. You are also the sole person entitled to the benefits associated with using the account. You are prohibited from allowing any other person to (i) access your account or (ii) use the Services through your account. Your account is not transferrable to any other person and may not be merged with any other account. You must create your account with your legal name, which must match a valid ID.

You agree to hold only one account on the Website. Creating multiple accounts per person or using the same payment method, bank account, email, legal name, computer or mobile device to create or access another account is strictly prohibited. We reserve the right to conduct account audits and if we determine that one person is holding more than one account or is using the same payment method, email, legal name, computer, or mobile device to access more than one account, then we have the right to block, suspend or delete the principal and duplicate account or accounts without previous notice. In addition, users with more than one account will be penalized by having any balance, prizes or earnings on the primary or duplicate accounts voided and may subsequently be denied use of the Website.

You are prohibited from creating a new account if you lose access to your primary account, or if your primary account is deactivated or suspended. If you lose access to your account or if you wish to make any changes to your information you should contact us for assistance in resolving any issues by email to **support@realprize.com**.

User accounts may be limited to one account per IP address at our sole discretion.

10. Compromised Account

You agree to immediately notify us of any unauthorized use of your account, or any other security breach, whether actual, threatened, or suspected, associated with your account or the Services.

11. Personal Location Data

As part of providing the Services, we may collect information about your location from the device you are using to access the Services. You may disable the location at any time on your device; however, certain Services may require us to verify the location of the user, and accordingly your access may be limited or denied if we are unable to verify your location.

12. Use of Information Collected

We may use the information you provide us according to the Privacy Policy accessible through this link https://www.realprize.com/p/privacy-policy/.

13. Verification Checks

You agree that we are entitled to conduct any identification, credit and other verification checks that we may reasonably require or that are required of us under applicable laws and regulations or by relevant regulatory authorities or to otherwise prevent financial crime at any time.

Until all required verification checks are completed to our sole and absolute satisfaction any request to open an account, use the account or to make a redemption of any benefit will remain pending; and we are entitled to restrict your account in any manner that we may reasonably deem appropriate, including by refusing to open, suspending or closing your account.

Verification procedures may, for example, include requests for, and our examination of, copies of your (1) valid identification issued by the government (including photo identification) such as a passport or driver's license matching the user-name that you provided; (2) proof of your address such as a utility bill matching the address registered in your account; and (3) source of funds documentation such as a bank statement or payslip.

Where any identification, credit or other verification check we require cannot be completed to our satisfaction because you have not provided any document we request from you in the form that we require within 30 days  from the date the document was first requested, then we are under no obligation to continue with the verification check and we may, in our sole discretion, refuse to open, close or otherwise restrict your account in any manner that we may reasonably deem appropriate and the balance in your account could be forfeited.

We may use third party service providers to run external identification and other verification checks on all users on the basis of the information provided by you from time to time.

Please note that our verification process to redeeming a prize may take up to 30 days from the time we receive the complete, legible and accurate information and documents requested from you.

14. Services

We may at any time, with or without prior notice to you, (i) modify, suspend, or terminate your access to the Services (including the Games) without any liability to you and for any reason (or no reason) whatsoever; (ii) interrupt access to the Services at any time and without liability for the purposes of maintenance, repairs, and patching.

15. Software

To access the Games and use our Services, you may be required to download certain software and associated program interfaces, license keys, and patches ("Software") on your device. By downloading the Software, you agree and understand that periodic updates may be necessary and if you do not allow access for the purposes of updates, the Software may no longer be usable, and you may no longer be able to access the Games.

16. Changes

We reserve the right to suspend, modify, remove, or add Games or other content to the Services at our sole discretion with immediate effect and without notice to you. We will not be liable to you for any loss suffered as a result of any changes made or for any modification or suspension of or discontinuance of the Services (including any Games) and you understand and agree that you have no claims against us in such regard.

17. The Games and Features.

a) Description and Nature of the Games. Our Games are for individual entertainment purposes only. No purchase or exchange of value is necessary to access the Website and use any of our Games. By registering for an account, you receive a periodic allotment of virtual tokens called Gold Coins, which you may use to play the Games. Each of the Games has their own rules and it is your responsibility to

read and understand such rules before playing. No purchase is necessary to play any of our Games. The Games reward successful play with Gold Coins only, which can only be used to play the Games. Gold Coins may not be exchanged for anything of value and may not be traded, redeemed, or exchanged for anything of value

b) Pay-to-Skip; Purchases. We offer the opportunity for you to purchase additional Gold Coins for immediate continued play and instant entertainment. By purchasing Gold Coins you are paying to skip the periodic Gold Coins refill period. Purchasing Gold Coins is strictly voluntary and not required to access the Website or use any of the Games.

You acknowledge and agree that we may, from time to time and without notice, appoint one or more payment agents to process or make payments from or to you on our behalf. You agree that our payment agents may store from time to time your payment details to process future purchases. By accepting these T&C you authorize us and our payment agent to store your payment credentials in compliance with applicable regulation. We will not be liable to you for any loss, damage or liability resulting from the payment agent's negligence and/or acts beyond the authority given by us to the payment agent. If one or more purchases are subject to a chargeback request, your account will be suspended, and the amount of the chargeback will be a debt owed by you to us and you must immediately submit payment for such purchases through an alternative and valid payment method.

Also, you agree that your payment method must match the name on your account. If we notice that the name on your account and the name on your payment method differs, we will suspend your account, your purchase will be voided and any balance on your account will be forfeited. You must promptly notify us if your payment method is cancelled, lost or stolen or if the security of your payment method has otherwise become compromised.

c) SC coins Awards,Distributions and Promotions. We may periodically and without charge provide you with Sweepstake coins. You may not purchase Sweepstake coins in any manner. Sweepstake coins are equivalent to sweepstakes entries and are governed by our Promotional Play Rules. You may receive Sweepstake coins free of charge when you sign up for an account, as a free bonus when you purchase Gold Coins, by mail post, by social media, by a special promotion or offer or by any free method pursuant to the Promotional Play Rules. IMPORTANT: Any attempt by you to buy, sell, trade for, or otherwise obtain or distribute Sweepstake coins other than through our free methods is an express violation of these T&C and may be a violation of applicable law. You acknowledge and agree that it is your responsibility to read the Promotional Play Rules.

All promotions including Sweepstake coins special promotions, contests and offers are subject to these Terms, the Promotional Pay Rules and any additional terms that may be published at the time of the promotion, contest or special offer. You accept and confirm that you grant an irrevocable, perpetual, worldwide, non-exclusive, royalty-free license to use in whatever way we see fit, and without further acknowledgement of you as the author, any content you post or publish as part of a promotion, contest or competition.

d) No Refunds. All Gold Coins purchases are final and non-refundable for any reason whatsoever, unless otherwise required by law. By purchasing Gold Coins are your prepaying for the entertainment value that they provide and understand and agree that they cannot be redeemed for any money or anything else of tangible value.

e) Void Games and Final Decision. We reserve the full and absolute right to void any Games participation or result, if we determine, in our sole discretion that there was a malfunction, mistake, error, otherwise improper operation of the Games.

f) Prize Redemption. Any prize redemption feature is strictly limited to the SC coins and is subject to the specific provisions of the Promotional Play Rules. We reserve the right to set Sweepstake coins prize minimums, prize maximum for certain states and charge processing fees.

Residents of New York and Florida may not receive any prizes with the aggregate value equal to or in excess of US$5,000.00. Any potential prizes in excess of that amount will automatically be reduced to US$4,999.99.

Regardless of jurisdiction, you are limited to a maximum daily prize that does not exceed US$10,000.00 and you are limited to one prize redemption request per 24 hour period.

When you choose to redeem a prize, you agree to comply with our verification requirements, including providing accurate identifying information, proof of address, or bank account information, as specified in the Promotional Play Rules. Failure to comply with all applicable requirements will result in your forfeiture of the prize.

Please be aware that prize redemptions with a value equal to or greater than US$2,500.00 may require longer processing time due to banking, security and fraud checks and controls, and may also be paid in several installments rather than in one lump sum.

18. Inactive Accounts

An account shall be deemed inactive if you have not logged in within the last 60 days. All SC coins from an inactive account shall be forfeited. We are not required to give notice before inactivating your account, but we may choose to give notice in our sole discretion. We reserve the right and discretion to disable access to any inactive account, to close such account, and to limit the right of the associated user to open any new or additional accounts.

19. Other Restrictions on Use

You may not use, copy, reproduce, or redistribute the Services, Website, software, or Games or related or derivative products or services without our express written permission. You may not engage in, or assist others to engage in, conduct that would damage or impair our property including, without limitation: (i) copying, distributing, transmitting, displaying, performing, framing, linking, hosting, caching, reproducing, publishing, licensing, or creating derivative works from any information, software, products or services obtained from us; (ii) providing unauthorized means through which others may use Services such as through server emulators or IP spoofing programs; (iii) taking actions that impose an unreasonable or disproportionately large load on network infrastructure, or that could damage, disable, overburden or impair our Services or Games; (iv) interfering with any other party's use and enjoyment of Services and/or Games; and/or (iv) attempting to gain unauthorized access to third party accounts, the Service, Software, or the Games.

20. Other Improper Conduct

In addition to the above, conduct that would be deemed improper also includes, but is not limited to:

- Any violation of these rules or these T&C;
- Using automated means (including but not limited to scripts and third-party tools) to interact with our Services or Games in any way;

- Using automated means (including but not limited to harvesting bots, robots, parser, spiders or screen scrapers) to obtain, collect or access any information from our Services or Games or other users;

- Obtaining other users' information and spamming other users;

- Interfering in any way with others users' use of the Games;

- If your communications or content sent to us, to other users, or submitted to the Website or any of our social media constitutes harassment or offensive behavior, including (but not limited to) threatening, derogatory, abusive or defamatory statements, or racist, sexually explicit, pornographic, obscene illegal or offensive language;

- You provide incorrect or misleading information;

- You attempt to use your account through a VPN, proxy or similar service that masks or manipulates the identification of your real location;

- Engaging in any illegal or unlawful conduct;

- Abusing or misusing our Website, Services, software, or Games in any way.

We reserve the right to suspend or close your account in any such event, without limiting our ability to seek any remedies available under applicable law, including damages. You acknowledge that any balance in your account at the time of closure will be forfeited.

21. No Limitation on Remedies

Players further acknowledge that the closure of their account or its suspension shall in no way prevent us from pursuing criminal or civil proceedings in connection with their misconduct.

22. Waiver and Indemnification on using the Games

By registering for an account, accessing our Website, using our Games, and using our Services, you agree to indemnify, release and to hold us harmless, our affiliates and agents, as well as the officers, directors, employees, shareholders, attorneys, and any of their representatives (collectively, the "Released Parties"), from any and all liability, claims or actions of any kind whatsoever, including but not limited to injuries, damages, or losses to persons and property which may be sustained in connection with the use of our Games and Services, as well as any claims based on publicity rights, defamation, or invasion of privacy. We are not responsible for: any incorrect, invalid or inaccurate entry information; human errors; postal delays/postage due mail; technical malfunctions; failures, including public utility or telephone outages; omissions, interruptions, deletions or defects of any telephone system or network, computer online systems, data, computer equipment, servers, providers, or software, including without limitation any injury or damage to any entrant's or any other person's computer or video equipment relating to or resulting from use of our Games; inability to access the our Games, or any related Services; theft, tampering, destruction, or unauthorized access to, or alteration of, entries and/or images of any kind; data that is processed late or incorrectly or is incomplete or lost due to telephone, postal issues, computer or electronic malfunction or traffic congestion on telephone lines or transmission systems, or the Internet, or any service provider's facilities, or any phone site or website or for any other reason whatsoever; typographical, printing or other errors, or any combination thereof.

23. Hacking

Any attempt by you or any other individual to deliberately damage our services or undermine the legitimate operation of the Games is a violation of criminal and/or civil laws and should such an attempt be made, we reserve the right to seek damages and other remedies from any such person to the fullest extent permitted by law.

24. Legal and Regulatory Compliance

a) Compliance With Laws. It is your sole responsibility to determine whether there are any laws that prohibit or restrict your ability to access the Website, the Services, or use the Games ("Applicable Laws"). Without limiting the foregoing, access to the Website and Games is prohibited to residents and/or people located in the States of Idaho, Michigan, Nevada, Washington.  Please see our Promotional Play Rules for additional information.

b) Your Warranties. Without limiting any of your other responsibilities and representations made as part of accepting these T&C, in consideration of accessing and/or using the Services (including the Games), you represent and warrant that: (i) You have the right, capacity, and authority to agree to and to be bound by these T&C, to register for an account, and to use the Games; (ii) You will comply with these T&C; (iii) All of the information that you provide to us is accurate and complete to the best of your knowledge, and you will promptly notify us in writing of any inaccuracies or incompleteness; and (iv) you are located in a jurisdiction (whether state, territory, or country) where it is not unlawful for you to access the Games or the Services, and you may otherwise use the Services and use the Games without violating any applicable federal, state, local, or other law or administrative regulation.

c) No Illegal Use. You agree that you will not engage in, attempt to engage in, or assist others engaging in any illegal or unlawful conduct related to or utilizing the Services, Software, or the Games, including but not limited to any conduct in violation of applicable civil or criminal laws.

d) No Warranty of Access. Your ability to access the Games or the SC Games is not a representation from us that the Games or the Sweepstakes Games are lawful in your jurisdiction of residence and that the Games/Sweepstakes Games comply with all applicable laws.

25. Indemnification

You agree that you will, at your own cost and expense, indemnify and hold us and our directors, officers, employees and agents harmless from and against any and all claims, disputes, liabilities, judgments, settlements, actions, debts or rights of action, losses of whatever kind, and all costs and fees, including reasonable legal and attorney fees, arising out of or relating to (A) your breach of these T&C; (B) any or misuse of your account, the Website, software, the Services, and the Games by any person including yourself; (C) your violation of any applicable laws; and/or (D) your negligence or misconduct that results in actual or potential liability to us.

26. Licensing

User License. Subject to these T&C, we grant you a personal, nonexclusive, non-transferable, non-assignable, non-sublicensable, revocable, limited license to install and run our Software and use the Games and Services on a device owned or controlled by you, solely for the purpose of accessing and using the Services and playing the Games in accordance with these T&C, and solely for so long as your account is open. You acknowledge that you are receiving license rights only. You may not directly or indirectly, or authorize any person or entity to: (i) reverse engineer, decompile, disassemble, re-engineer or otherwise create or attempt to create or permit, allow or assist others to create the source code of the Software, the Games, or its structural framework; (ii) create derivative works of the Software or the Games; (iii) use the Software or the Games in whole or in part for any

purpose except as expressly provided in these T&C; (iv) disable or circumvent any access control or related device, process or procedure established with respect to the Software or the Games; (v) exploit the Games and Services in any unauthorized way whatsoever, including without limitation, by trespass or burdening network capacity, (vi) make the Games and Services available to multiple users by any means, including by uploading the Games and Services to a file-sharing service or devise or other type of hosting service or website or otherwise making the Games and Services available over a network where it could be used by multiple devices at the same time, or (vii) copy or reproduce the Software or any of the Games. You acknowledge that you have access to sufficient information such that you do not need to reverse engineer the Software or Games in any way to permit other products or information to interoperate with the Software. You are responsible for all use of the Software or the Games that is under your possession or control.

You acknowledge and agree that your license to use the Games and Services is limited by these T&C and if you do not agree to, or act in contravention of these T&C your license to the use of the Games and Service may be immediately terminated.

27. Intellectual Property

All Services, the Website, Software, Games, and related materials, all logos, symbols, expansion names and symbols, play symbols, trade dress or "look and feel", all digital assets and those portions of the Software and Services which are our property as well as all derivative works or modifications of any of the foregoing, and all related and underlying intellectual property (including without limitation patents, trademarks, trade secrets and copyrights), are our sole and exclusive property. We reserve all rights not expressly granted herein. These T&C confer only the right to use the Services and they do not convey any rights of ownership in or to the Services. Except as expressly set forth herein, no other right or license is granted hereunder, express or implied or by way of estoppel, to any intellectual property rights and your use of our Website, Services, Software, or playing the Games does not convey or imply the right to do so in combination with any other information or products.

In addition, you acknowledge and agree that you shall have no ownership or other property interest in the user account and all rights in and to the user account shall forever be owned by and inure to the benefit of us.

28. Disclaimers and Liability Limitations

Disclaimer of Liability; No Warranty. IN NO EVENT SHALL WE, OUR AFFILIATES AND SERVICE PROVIDERS, OR ANY RESPECTIVE OFFICERS, DIRECTORS, AGENTS, JOINT VENTURERS, EMPLOYEES, ATTORNEYS, OR REPRESENTATIVES, BE LIABLE:

i) FOR ANY AMOUNT GREATER THAN THE AMOUNT OF MONEY YOU HAVE PAID US IN CONNECTION WITH YOUR USE OF THE WEBSITE AND GAMES;

ii) FOR ANY LOST PROFITS, DIMINUTION IN VALUE OR BUSINESS OPPORTUNITY, ANY LOSS, DAMAGE, CORRUPTION OR BREACH OF DATA OR ANY OTHER INTANGIBLE PROPERTY OR ANY SPECIAL, INCIDENTAL, INDIRECT, INTANGIBLE, OR CONSEQUENTIAL DAMAGES, WHETHER BASED IN CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY, OR OTHERWISE, ARISING OUT OF OR IN CONNECTION WITH AUTHORIZED OR UNAUTHORIZED USE OF OUR SERVICES, GAME, OR SOFTWARE OR THESE T&C, EVEN IF AN AUTHORIZED REPRESENTATIVE OF OURS HAS BEEN ADVISED OF OR KNEW OR SHOULD HAVE KNOWN OF THE POSSIBILITY OF SUCH DAMAGES, AND iii) NOTWITHSTANDING THE FAILURE OF ANY AGREED OR OTHER REMEDY OF ITS ESSENTIAL PURPOSE,

EXCEPT TO THE EXTENT OF A FINAL DETERMINATION THAT SUCH DAMAGES WERE A RESULT OF OUR GROSS NEGLIGENCE, FRAUD, WILLFUL MISCONDUCT OR INTENTIONAL VIOLATION OF LAW. THIS MEANS, BY WAY OF EXAMPLE ONLY (AND WITHOUT LIMITING THE SCOPE OF THE PRECEDING SENTENCE), THAT IF YOU CLAIM THAT OUR GAME FAILED TO PROCESS A FANTASY BUY OR SELL TRANSACTION PROPERLY, YOUR DAMAGES ARE LIMITED TO NO MORE THAN THE VALUE OF YOUR ENTRY FEE, AND THAT YOU MAY NOT RECOVER FOR LOST PROFITS, LOST BUSINESS OPPORTUNITIES, DIMINUTION IN VALUE OR OTHER TYPES OF SPECIAL, INCIDENTAL, INDIRECT, INTANGIBLE, EXEMPLARY, PUNITIVE OR CONSEQUENTIAL DAMAGES. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

OUR WEBSITE, SERVICES, GAMES, AND SOFTWARE ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS WITHOUT ANY REPRESENTATION OR WARRANTY, WHETHER EXPRESS, IMPLIED OR STATUTORY.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, WE SPECIFICALLY DISCLAIM ANY EXPRESS OR IMPLIED WARRANTIES OF ANY KIND, INCLUDING WITHOUT LIMITATION, TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND/OR NON-INFRINGEMENT. WE DO NOT MAKE ANY REPRESENTATIONS OR WARRANTIES THAT ACCESS TO OUR SERVICES, GAME, SOFTWARE, OF ANY PART THEREOF, OR ANY OF THE MATERIALS CONTAINED THEREIN, WILL BE CONTINUOUS, UNINTERRUPTED, TIMELY,  ERROR OR VIRUS FREE. WE ALSO DO NOT GUARANTEE THAT ANY FANTASY ORDER IN OUR GAME WILL BE EXECUTED, ACCEPTED, RECORDED OR REMAIN OPEN.

EXCEPT FOR THE EXPRESS STATEMENTS SET FORTH IN THESE T&C, YOU HEREBY ACKNOWLEDGE AND AGREE THAT YOU HAVE NOT RELIED UPON ANY OTHER STATEMENT OR UNDERSTANDING, WHETHER WRITTEN OR ORAL, WITH RESPECT TO YOUR USE AND ACCESS OF THE OUR SERVICES, SOFTWARE, AND GAME. WITHOUT LIMITING THE FOREGOING, YOU HEREBY UNDERSTAND AND AGREE THAT WE WILL NOT BE LIABLE FOR ANY LOSSES OR DAMAGES ARISING OUT OF OR RELATING TO: (a) ANY INACCURACY, DEFECT OR OMISSION OF CRYPTOCURRENCY PRICE DATA THAT MAY BE MADE AVAILABLE TO YOU THROUGH OUR SERVICES, GAME, OR SOFTWARE, (b) ANY ERROR OR DELAY IN THE TRANSMISSION OF SUCH DATA, OR (c) INTERRUPTION IN ANY SUCH DATA.29. Dispute Resolution

General. This Section applies to any Dispute except for Disputes relating to the enforcement or validity of our intellectual property rights, which we may address through litigation or any other appropriate method without regard to this Section. The term "Dispute" means any dispute, action or other controversy between you and us concerning these T&C, the Website, the Services, the Games, or any other product, service or information we make available to you, whether in contract, warranty, tort, statute, regulation, ordinance or any other legal or equitable basis. "Dispute" will be given the broadest possible meaning allowable under law. In the event of a Dispute, you or we must give the other a Notice of Dispute, which is a written statement that sets forth the name, address and contact information of the party giving it, the facts giving rise to the Dispute, any supporting evidence (such as communications or screenshots), and the relief requested. You must send any Notice of Dispute by U.S. Mail to **8 The Green Suite B, Kent, Delaware, 19901, USA** and by email to **support@realprize.com**. We will send any Notice of Dispute to you by U.S. Mail to your address if we have it, or otherwise to your email address, and you agree to receive any Notices of Dispute either by mail or email. The parties will strive to negotiate and attempt to resolve the dispute for a period of at least sixty (60) days ("Formal Complaint Process"). After the sixty (60) day period, either party may initiate arbitration as provided in this Section. You agree to use the Formal Complaint Process before initiating arbitration or any small claims case.

Arbitration; Waiver of Class Action. If we cannot resolve the dispute through the Formal Complaint Process above, you and we agree that any dispute arising out of or relating to this Agreement and our Privacy Policy, including, without limitation, federal and state statutory claims, common law claims, and those based in contract, tort, fraud, misrepresentation, or any other legal theory, shall be resolved through binding arbitration, on an individual basis (the "Arbitration Agreement"). Subject to applicable jurisdictional requirements, you may elect to pursue your claim in your local small claims court rather than through arbitration so long as your matter remains in small claims court and proceeds only on an individual (non-class and non-representative) basis. Arbitration shall be conducted in accordance with the American Arbitration Association's rules for arbitration of consumer-related disputes (accessible at https://www.adr.org/sites/default/files/Consumer%20Rules.pdf).

This Arbitration Agreement includes, without limitation, disputes arising out of or related to the interpretation or application of the Arbitration Agreement, including the enforceability, revocability, scope, or validity of the Arbitration Agreement or any portion of the Arbitration Agreement. All such matters shall be decided by an arbitrator and not by a court or judge.

CLASS ACTION WAIVER: TO THE EXTENT PERMISSIBLE BY LAW, ALL CLAIMS MUST BE BROUGHT IN A PARTY'S INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS, COLLECTIVE ACTION, OR REPRESENTATIVE PROCEEDING (COLLECTIVELY "CLASS ACTION WAIVER"). THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S CLAIMS OR ENGAGE IN ANY CLASS ARBITRATION. YOU ACKNOWLEDGE THAT, BY AGREEING TO THESE T&C, YOU ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY AND THE RIGHT TO PARTICIPATE IN A CLASS ACTION.

The arbitration will be conducted by a single, neutral arbitrator and shall take place telephonically, via video conferencing technology, or in a mutually agreeable location, in the English language. The arbitrator may award any relief that a court of competent jurisdiction could award and the arbitral decision may be enforced in any court. An arbitrator's decision and judgment thereon will not have a precedential or collateral estoppel effect. At your request or at the order of the arbitrator, hearings may be conducted in person or by telephone or via video conferencing technology, and the arbitrator may provide for submitting and determining motions on briefs, without oral hearings. To the extent permitted by law, the prevailing party in any action or proceeding to enforce this Agreement, any arbitration pursuant to this Agreement, or any small claims action shall be entitled to costs and attorneys' fees.

You have the right to opt out of and not to be bound by the arbitration and class action waiver provisions set forth in these T&C. To exercise this right, you must send written notice of your decision to: **8 The Green Suite B, Kent, Delaware, 19901, USA** and by email to **support@realprize.com**. Your notice must include your name, mailing address, and user name associated with your account, and state that you do not wish to resolve disputes with us through arbitration. To be effective, this notice must be postmarked or deposited or received by us (if sent by email) within 30 days of the date on which you first accepted these T&C unless a longer period is required by applicable law; otherwise you will be bound to arbitrate disputes in accordance with this section. You are responsible for ensuring that we receive your opt-out notice, so you may wish to send it by a means that provides for a delivery receipt. If you opt out of these arbitration provisions, we will not be bound by them with respect to any Disputes with you.

Both parties shall maintain the confidential nature of the arbitration proceeding and the arbitration award unless otherwise required by law or judicial decision.

Each party shall bear its own costs in the arbitration proceeding, including the payment of its own attorney´s fees.

Both parties agree that any Dispute must be raised within one year of its occurrence, after which such Dispute will be time-barred and prohibited, without regard to any longer period of time which may be provided by any period of limitation established under applicable law.

30. Entire Agreement

These T&C are the entire agreement between you and us. There are no other agreements, any prior agreements, arrangements, or understandings have been merged into these T&C, except as otherwise stated herein with respect to the Integrated Policies. .

31. Severability.

To the extent that any part of the T&C (or any of the Integrated Policies) is found to be unenforceable or invalid by a court, the unenforceable or invalid portion shall be severed from the rest of the T&C, and the remaining T&C shall be given their full effect to the maximum extent permitted by law.

32. Tax

You are solely responsible for any state, local or federal taxes which may apply to your use of the Website or Games.

33. Notices to You by Email

You agree that we may provide any and all notices to you via email at the email address you provide at the time of account registration, and that all such notices shall be deemed given at the time that they are sent.

34. No Waiver

Any failure or delay by us to enforce any provision of these T&C shall not constitute a waiver of any applicable rights or be construed to prevent us from enforcing such T&C in the future.

35. Assignment

You agree that this T&C are exclusive to you and you are not allowed to assign or transfer this T&C without our prior written consent. We reserve the right to assign, transfer or delegate any of our rights and obligations hereunder to any third party without notice to you.

36. Governing Law

The parties agree that this T&C will be governed, interpreted, and constructed in accordance with the laws of the State of Delaware USA without regard to its principles of conflicts of law. Subject to the restrictions of provision 29 "Dispute Resolution", in case of litigation the parties agree to be subject to the specific jurisdiction of Delaware and waive any right to contest jurisdiction.