# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JEREMY KHINOO, individually and on behalf of all others similarly situated,

Plaintiff,

v.

REALPLAY TECH INC.,

Defendant.

Case No. 2:26-cv-00959

**[PROPOSED] ORDER GRANTING DEFENDANT REALPLAYS MOTION TO COMPEL ARBITRATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

The Court, having considered Defendant RealPlay Tech Inc.'s Motion to Compel Arbitration (the "Motion"), all papers and evidence submitted, and any oral argument of counsel, and good cause appearing, hereby ORDERS as follows:

**THE MOTION IS GRANTED.** The Court finds that Plaintiff entered into a valid and enforceable arbitration agreement governing the claims asserted in this action. Pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-4, Plaintiff's claims shall be resolved through binding arbitration in accordance with the parties' agreement.

This action is **STAYED** in its entirety pending the completion of arbitration.

**IT IS SO ORDERED.**

Dated:

_____
HON JOHN F. WALTER
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO COMPEL ARBITRATION