**UNITED STATES DISTRICT COURT**                                   JS-6
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 26-959-JFW(PVCx)**                              Date:  May 18, 2026

Title:       Jeremy Khinoo -v- Realplay Tech, Inc.

**PRESENT:**
         **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

     **Shannon Reilly**                              **None Present**
     **Courtroom Deputy**                            **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
          None                                        None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER GRANTING DEFENDANT REALPLAY TECH INC.'S MOTION TO COMPEL ARBITRATION [filed 4/24/26; Docket No. 27]**

     On April 24, 2026, Defendant RealPlay Tech Inc. ("Defendant") filed a Motion to Compel Arbitration ("Motion").  On May 18, 2026, Plaintiff Jeremy Khinoo ("Plaintiff") filed his Notice of Non-Opposition.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for June 8, 2026, is hereby vacated and the matter taken off calendar. After considering the moving and opposing papers, and the arguments therein, the Court rules as follows:

     In its Motion, Defendant seeks an order compelling Plaintiff to submit his claims to final and binding arbitration pursuant to the Federal Arbitration Act ("FAA").  In light of Plaintiff filing a Notice of Non-Opposition, Defendant's Motion is **GRANTED**.  This action is **STAYED** pending the outcome of the arbitration, and the Clerk is ordered to administratively close this case.

     IT IS SO ORDERED.

Initials of Deputy Clerk __sr_